## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PEAK WELLNESS, INC., | |
| Plaintiff, | Civil Action No. 3:20-cv-01566-VLB |
| - v. - | |
| PEAK WELLNESS LABS, LLC, | |
| Defendant. | FEBRUARY 3, 2021 |

## STATUS REPORT

Pursuant to the Court's order entered on January 27, 2021 [Docket Entry 9], the Plaintiff states that the parties are finalizing settlement discussions and expect to be able to withdraw this matter within the next thirty (30) days.

                                    Respectfully submitted,

                                    **PEAK WELLNESS, INC.**

Dated: February 3, 2021            By: /s/ Jonathan M. Shapiro
                                    Jonathan M. Shapiro (ct24075)
                                    Aeton Law Partners, LLP
                                    311 Centerpoint Drive
                                    Middletown, Connecticut 06457
                                    Telephone: (860) 724-2160
                                    Facsimile: (860) 724-2161
                                    Email: jms@aetonlaw.com

                                    *Attorneys for Peak Wellness, Inc.*

## CERTIFICATION

      I hereby certify that on the date set forth above a copy of the foregoing was served by CM/ECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

                                              /s/Jonathan M. Shapiro
                                              Jonathan M. Shapiro